**Order entered March 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01304-CV

### PARKWAY INWOOD, L.P., Appellant

### V.

### FIRST BANK & TRUST COMPANY, ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04743**

## ORDER

We **GRANT** appellant's March 10, 2015 unopposed third motion for an extension of time to file a corrected brief. We **ORDER** the brief tendered to this Court by appellant on March 10, 2015 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
             JUSTICE